# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3630
_____

United States of America

*Plaintiff - Appellee*

v.

William Phillip Jackson

*Defendant - Appellant*

Sharon Jackson; Edward McDonald; Tammy McDonald; Herbert Dwight Maness;
Pamela Maness; Newton County; James A. Lovell, III; Jerri Lynn Lovell; Jerry
Lahr, as Trustee for Trinity Consulting, Rock Foundation; Gateway Properties,
and Prosperity Leasing

*Defendant*s
_____

Appeal from United States District Court
for the Western District of Missouri - Joplin
_____

Submitted: October 29, 2020
Filed: November 3, 2020
[Unpublished]
_____

Before BENTON, WOLLMAN, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

William Jackson appeals following the district court's[1] entry of an order of sale and denial of his post-judgment motions in an action brought by the United States to reduce tax assessments to judgment and enforce tax liens.

Following a careful review, we conclude that the district court did not abuse its discretion by denying Jackson's post-judgment motions. <u>See</u> <u>United States v. Metro. St. Louis Sewer Dist.</u>, 440 F.3d 930, 933, 935 (8th Cir. 2006) (denial of a post-judgment motion is reviewed for abuse of discretion). We also conclude that the action was timely, as the United States filed suit within 10 years of the assessment of the tax. <u>See</u> 26 U.S.C. § 6502(a)(1) (tax may be collected by a levy or proceeding in court if the levy or proceeding is begun within 10 years after the assessment of the tax). Accordingly, we affirm, <u>see</u> 8th Cir. R. 47B, and we deny as moot the pending motion of the United States.

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.